UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: March 24, 2023

CASE NO. 5:21 CR 259
5:22 CR 502

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

RONALD DIPIETRO (3)
THOMAS HELMICK (4)
CHRISTOS KARASARIDES (5)

UNITED STATES OF AMERICA

-VS-

STEVEN SARIS

APPEARANCES:    Plaintiff: Aaron Howell, Robert Patton, Richard Rowling, Samuel Bean
Defendant: Robert Fedor, Benjamin Heidinger, Dylan Friedman (3)
Andrea Whitaker (4), Michael Goldberg (5)
Michael Callahan (5:22 CR 502 - Saris)

PROCEEDINGS: Telephonic PT held w/ all counsel participating - Extensive discovery - parties to file an agreed upon Motion to continue trial from 6/21/23 to 10/3/23 @ 8:30am. Def SARIS case 22CR502 is separate as to trial but working together as to discovery.

Length of Proceedings: 20 min

Donald C. Nugent 3/24/23
Donald C. Nugent
United States District Judge