Tuesday, April 18, 2017, 12:53 pm

```
REQUESTOR: 9510-3021
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name:** CHRISTOS KARASARIDES JR                          TIN: ▮▮▮▮▮▮▮

    NAME LINE 1:  Richard Jusseaume
    NAME LINE 2:

    3RD PARTY CONTACT RECORD(S) GENERATED

    INCLUDED MODULES:   30/200812 (P)
                        30/200912 (P)
                        30/201012 (P)
                        30/201112 (P)
                        30/201212 (P)

    RESULTS: P/call to third party 330-▮▮▮▮▮▮▮ - lmtc- requested info as to status of land contract and current balance due.


    ACTION DATE: 11/13/2015  SYSTEM DATE: 11/13/2015  CONTACT: PHONE  CREATE ID: 22114122

OTHER 3RD PARTY CONT.


OTHER 3RD PARTY CONT.    ENTITY TYPE: INDIVIDUAL
    NAME LINE 1:  THERESA JUSSEUME
    NAME LINE 2:

    3RD PARTY CONTACT RECORD(S) GENERATED

    INCLUDED MODULES:   30/200812 (P)
                        30/200912 (P)
                        30/201012 (P)
                        30/201112 (P)
                        30/201212 (P)

    RESULTS: P/call to principal of trust owning the subject real property sold to t/p on current land contract - 330-▮▮▮▮▮▮▮.  Ms. Jusseume said another extension being prepared- property sale on land contract will not be completed this year per 1st extension.  She said 2nd extension not recorded yet.  I requested current balance due on land contract.  She agreed to look up that figure and have her husband call me back (advised her I left vm with him earlier).


    ACTION DATE: 11/13/2015  SYSTEM DATE: 11/13/2015  CONTACT: PHONE  CREATE ID: 22114122

TP/POA CONTACT
ATTEMPTED CONTACT - POA

ATTEMPTED CONTACT - POA
    RESULTS: P/call to Ron DiPietro POA- left vm.  (He did not return my call after I stopped by his office last week).

Purpose of call- advise seizure recommendation is next action.

    ACTION DATE: 11/17/2015  SYSTEM DATE: 11/17/2015  CONTACT: PHONE  CREATE ID: 22114122

TP/POA CONTACT



EXHIBIT A

USA-00209650

Tuesday, April 18, 2017, 12:53 pm

```
        REQUESTOR: 9510-3021
        ICS HISTORY TRANSCRIPT
           HISTORY INFORMATION
```

**Name: CHRISTOS KARASARIDES JR**                           TIN: ███████

TP/POA CONTACT VM from Ron Dipietro from 11/16. Returned call to him on cell- 330-████ - he said t/p has retained Dan Minkler of law firm Day Ketterer of Canton- phone there is 330-████.

    ACTION DATE: 11/17/2015  SYSTEM DATE: 11/18/2015  CONTACT: OTHER  CREATE ID: 22114122

GENERAL HISTORY

Web research- Day Ketterer Law Firm Canton, OH.

    ACTION DATE: 11/18/2015  SYSTEM DATE: 11/18/2015  CONTACT: FIELD  CREATE ID: 22114122

ST./LOCAL GOVT. SEARCH

ST./LOCAL GOVT. SEARCH
    RESULTS: Field call to Canton, OH- Stark County Clerk of Courts - index search- judgments- no additional liens recorded since last search- printed index.

    ACTION DATE: 11/20/2015  SYSTEM DATE: 11/27/2015  CONTACT: PHONE  CREATE ID: 22114122

GENERAL HISTORY

P/call to Advisory- discussed case- land contract for seizure is personal property (TM approval only); real estate occupied by J. Kachner requires AD approval. Discussed aspects- due to wrkload, will submit for approval to Advisory in January after moratorium and seizure of BMF assets (unrelated case) completed in December.

P/call on vm from Richard Jusseaume- states balance on land contract now below $90,000 and t/p has made all payments as required. Extension being prepared by attorney as t/p unable to pay balance. Not yet recorded.

    ACTION DATE: 11/30/2015  SYSTEM DATE: 11/30/2015  CONTACT: CORR.  CREATE ID: 02008105

GENERAL HISTORY

FORM 12153 RECVD AT CSC. FORWARDING TO YOU FOR PROCESSING.

    ACTION DATE: 12/03/2015                                             CREATE ID: 22114122

Systemic History: MODULE(S) UPDATED - ICS

REMITTANCE SECURED: 30/200812 TC 670 12/3/2015 -$484.00 DPC: 05
        REMARKS: stark county housing

**EXHIBIT A**

USA-00209651

```
                                              Tuesday, April 18, 2017,12:53 pm

                    ┌─────────────────────────────────────┐
                    │      REQUESTOR: 9510-3021           │
                    │       ICS HISTORY TRANSCRIPT        │
                    │         HISTORY INFORMATION         │
                    └─────────────────────────────────────┘


       Name: CHRISTOS KARASARIDES JR                      TIN: ███████


      ACTION DATE: 12/05/2015                    CREATE ID: 00000000

Systemic History: ENTITY UPDATE - IDRS


IDRS POA RECORD HAS ADDED TO ICS: REP ID: 32051107094 NAME: MATTHEW YACKSHAW        FORM
NUM: 2848


      ACTION DATE: 12/18/2015  SYSTEM DATE: 12/18/2015  CONTACT: CORR.  CREATE ID: 02008218

GENERAL HISTORY


Recd F12153 for case assigned to RO; forwarding to assigned RO.



      ACTION DATE: 01/06/2016                    CREATE ID: 22114122

Systemic History: MODULE(S) UPDATED - ICS


REMITTANCE SECURED:  30/200812  TC 670  1/6/2016   -$494.00  DPC: 05
         REMARKS: STARK METRO HOUSING AUTHORITY


      ACTION DATE: 01/15/2016  SYSTEM DATE: 01/15/2016  CONTACT: OFFICE  CREATE ID: 95103034

GENERAL HISTORY


CASE ACCESSED FDR RECONILE ROFTAVAKMGL3034


      ACTION DATE: 01/27/2016  SYSTEM DATE: 01/29/2016  CONTACT: PHONE  CREATE ID: 22114122

GENERAL HISTORY


Several contacts with Greg Hopkins of FCI Morgantown re:  t/p emails, p/calls etc while incarcerated.
He provided list of t/p contacts- no emails retained at this point.  He is still searching for record
of t/p receiving IRS correspondence in July 2014.  It will take some time he said.  Reviewed records
he sent re:  contacts.

      ACTION DATE: 02/03/2016                    CREATE ID: 22114122

Systemic History: MODULE(S) UPDATED - ICS


REMITTANCE SECURED:  30/200812  TC 670  2/3/2016   -$494.00  DPC: 05
         REMARKS: stark metro housing authority
```

EXHIBIT A

USA-00209652