# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) ) ) | CASE NO.: 5:21-cr-259 |
| v. | ) ) | JUDGE DONALD C. NUGENT |
| RONALD DIPIETRO, | ) ) | (REQUEST FOR ORAL ARGUMENT) |
| *Defendant.* | ) ) | |

### DEFENDANT RONALD DIPIETRO'S MOTION FOR LEAVE TO FILE A REPLY BRIEF *INSTANTER* IN SUPPORT OF HIS MOTION TO DISMISS COUNT 8 OF THE THIRD SUPERSECEDING INDICTMENT

Now comes Ronald DiPietro ("Mr. DiPietro"), by and through his undersigned counsel, and respectfully requests that this Court grant him leave to file the attached Reply in support of his *Motion to Dismiss Court 8 of the Third Superseding Indictment* (Doc. No. 200). Mr. DiPietro respectfully asserts that a Reply Brief is necessary in this matter to correct material misstatements set forth in the Governments' response in opposition (Doc. No. 204).

*/s/ Robert J. Fedor*
**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (OH #0042653)
Benjamin C. Heidinger (OH #0089379)
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
Tel: (440) 250-9709
Fax: (440) 250-9714
rjfedor@fedortax.com
bcheidinger@fedortax.com
*Attorneys for Defendant Ronald DiPietro*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant Ronald DiPietro's Motion for Leave to File a Reply Brief Instanter in Support of His Motion to Dismiss Count 8 of the Third Superseding Indictment* was filed by ECF, this 22nd day of December 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

                                                  */s/ Robert J. Fedor*
                                                  ROBERT J. FEDOR, ESQ., LLC
                                                  Robert J. Fedor (#0042653)
                                                  Benjamin C. Heidinger (#0089379)