Motion granted.
IT IS SO ORDERED.
/s/ Donald C. Nugent on 1/10/2024.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:21CR259 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) ) | |
| RONALD DIPIETRO, THOMAS HELMICK, CHRISTOS KARASARIDES, JR., CHRISTOPHER KARASARIDES, | ) ) ) ) ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that this Court issue an Order granting the government leave to file a motion in this matter under seal. Counsel submits that the requested leave is for presentation of confidential information. Counsel is not seeking this leave to file for any other purpose.

Respectfully submitted,

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
for Criminal Matters
Department of Justice, Tax Division

By:   */s/ Hayter Whitman*
Hayter Whitman
Trial Attorney (DC: 1031057)
Department of Justice, Tax Division