TRIAL MINUTES                                      Northern District of Ohio, Eastern Division

UNITED STATES OF AMERICA,

        Plaintiff,

DATE: JANUARY 18, 2024

JUDGE: DONALD C. NUGENT

vs.

RONALD DIPIETRO (3),
CHRISTOS KARASARIDES, JR. (5),
CHRISTOPHER KARASARIDES (6),

        Defendants.

CASE NUMBER: 5:21-CR-259

COURT REPORTER: HEATHER NEWMAN

Length of Proceedings: 480 min

TRIAL TO [ ] COURT  [X] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN  [X] CONTINUED & [X] NOT CONCLUDED  [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN  [ ] CONTINUED & [ ] NOT CONCLUDED  [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF   [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS    [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN  [ ] CONTINUED & [ ] NOT CONCLUDED  [ ] CONCLUDED

ADJOURNED UNTIL: JANUARY 19, 2024 AT 8:00 AM

TRIAL CONT'D. USA calls following witness(es): (3) Ronnie George Hull; (4) David Wayne Ross) Court adjourned.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 1/18/24