TRIAL MINUTES                                   Northern District of Ohio, Eastern Division

UNITED STATES OF AMERICA,

        Plaintiff,

DATE: **JANUARY 19, 2024**

JUDGE: DONALD C. NUGENT

vs.

RONALD DIPIETRO (3),
CHRISTOS KARASARIDES, JR. (5),
CHRISTOPHER KARASARIDES (6),

CASE NUMBER: 5:21-CR-259

COURT REPORTER: HEATHER NEWMAN

        Defendants.

Length of Proceedings: **480 min.**

TRIAL TO [ ] COURT  [X] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN  [X] CONTINUED & [X] NOT CONCLUDED  [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN  [ ] CONTINUED & [ ] NOT CONCLUDED  [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS     [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN  [ ] CONTINUED & [ ] NOT CONCLUDED  [ ] CONCLUDED

ADJOURNED UNTIL **JANUARY 22, 2024** AT **8:00 AM**

Trial cont'd. USA calls following witness(es): (4) David Wayne Ross, cont'd; (5) S/A Adam Mosley; (6) Thomas Helmick; (7) Richard Craig

Court adjourned

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

*Donald C. Nugent* 1/19/24