TRIAL MINUTES                                    Northern District of Ohio, Eastern Division

UNITED STATES OF AMERICA,

                    Plaintiff,                   DATE: JANUARY 23, 2024

                                                 JUDGE   DONALD C. NUGENT

            vs.                                  CASE NUMBER   5:21-CR-259
RONALD DIPIETRO (3),
CHRISTOS KARASARIDES, JR. (5),
CHRISTOPHER KARASARIDES (6),                     COURT REPORTER:  HEATHER NEWMAN

                    Defendants.                  Length of Proceedings:  480 MIN

---

TRIAL TO ☐ COURT  ☒ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN  ☒ CONTINUED &  ☒ NOT CONCLUDED  ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN  ☐ CONTINUED &  ☐ NOT CONCLUDED  ☐ CONCLUDED

☒ TESTIMONY TAKEN (See Witness List)

☐ REBUTTAL OF PLTF    ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS     ☐ CHARGE TO THE JURY

JURY DELIBERATIONS ☐ BEGUN  ☐ CONTINUED &  ☐ NOT CONCLUDED  ☐ CONCLUDED

ADJOURNED UNTIL  JANUARY 23, 2024       AT  8:00 AM

TRIAL CONT'D. USA CALLS FOLLOWING WITNESS(ES): (8) S/A MARK
TISSOT; (9) SEAN SANFORD, Defendant Christopher Karasarides enters
plea of guilty to Count 22. His case referred to Prob. Dept for preparation
of PSR. Sentencing 4/30/24 @ 10:00 AM (10) ROGER STEED; (11) MIKE KAZES;
(12) RICHARD JUSSEAUNE (13) DAVE THOMAS ; (14) CHRIS MACGIORE;
(15) RISHY MYERS

☐ EXHIBITS LOCATED IN _____

☒ EXHIBITS RETURNED TO COUNSEL          Donald C. Nugent 1/23/24