UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. : 5:21 CR 259 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RONALD DIPIETRO,<br>CHRISTOS KARASARIDIES, JR., | ) | |
| Defendants. | ) | |

The Clerk of Court shall provide the jurors' lunches during deliberations at the Court's expense.

IT IS SO ORDERED.

/s/ Donald C. Nugent
Donald C. Nugent
United States District Judge

January 26, 2024