IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:21CR00259-003 |
| Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| RONALD A. DIPIETRO | * | **MOTION TO CONTINUE SENTENCING HEARING AND ENLARGE TIME TO SUBMIT RESPONSE'S TO THE PRE-SENTENCE REPORT** |
| Defendant | * | |

* * *

*[Handwritten notations: "New sentencing date 9/10/24 @ 10:00 AM"; "GRANTED: X / DENIED: ___ / IT IS SO ORDERED. [signature] Donald C. Nugent 4/5/24 U.S. DISTRICT JUDGE"]*

Defendant, Ronald A. DiPietro, through undersigned counsel, respectfully requests that this Court continue the sentencing in this matter, currently scheduled for May 1, 2024. Responses to the Pre-Sentence Report (PSR), are currently due on or before April 3, 2024, which undersigned counsel is requesting additional time to respond to. As basis for this request, undersigned counsel has only been recently retained, and respectfully suggests that additional time is required to allow counsel to fully review this matter so that they can properly represent Mr. DiPietro before this Court at sentencing.

Mr. DiPietro has previously been convicted by a jury before this Court on several counts as set forth in the third superseding indictment. At that time the Court set the current sentencing date. On March 29, 2024, Mr. DiPietro's original counsel moved to withdraw (Doc. #302, Motion, PageID #4886-4888). Thereafter, undersigned counsel submitted their appearance on behalf of Mr. DiPietro. (Doc. #306, Notice, PageID #4892). Undersigned counsel met with Mr. DiPietro on April 1, 2024. Counsel is requesting that the Court continue the sentencing date as well as allow additional time to submit any response to the PSR to ensure that new counsel has the opportunity to fully review this case to determine sentencing issues. This request is not for