IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:21CR259 |
|    Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| RONALD A. DIPIETRO | * | AMENDED MOTION FOR LIMITED RELEASE FROM CUSTODY |
|    Defendant | * | |
| | * * * | |

      Mr. DiPietro was convicted following a jury trial before this Court of several counts involving illegal gambling and tax evasion. At the time of the conviction, Mr. DiPietro was taken into custody and placed at NEOCC where he has remained. On June 10, 2024, he was sentenced to the Bureau of Prisons for a term of 112 months (Doc. #362, Judgement in a Criminal Case). He is now requesting that this Court permit him to be released for thirty days or until the United States Marshal's Office notifies him to self-surrender.

      He is requesting this release for two reasons. First, he would like to have an opportunity to get his business affairs in order. When he was convicted, he was taken into custody. Up until then he was out on bond for a couple of years without any violations. Getting his business affairs in order will further permit him an opportunity to work with the government to best resolve the restitution order. Second, he would like to have the opportunity to spend time with his family and loved ones. This can strengthen family ties and allow him to receive medical treatment if needed. Counsel has spoken with AUSA Samuel Bean who opposes this motion.

Based upon the foregoing, Mr. DiPietro is requesting that this Court permit him to be released and to then self-surrender as notified by the United States Marshal.

Respectfully submitted,

| | |
|---|---|
| /S/ PETER T. CAHOON | /S/ NATHAN A. RAY |
| PETER T. CAHOON, 0007343 | NATHAN A. RAY, 0041570 |
| Attorney for Defendant | Attorney for Defendant |
| 200 Market Avenue North, Suite 300 | 137 South Main Street, Suite 201 |
| Canton, Ohio 44702 | Akron, Ohio 44308 |
| (330) 453-5466 | (330) 253-7171 |
| pcahoon@lawlion.com | burdon-merlitti@neo.rr.com |

PROOF OF SERVICE

I hereby certify that on June 13, 2024, a copy of the foregoing Amended Motion For Limited Release From Custody was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/S/ NATHAN A. RAY
NATHAN A. RAY
Attorney for Defendant