IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR259 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD A. DIPIETRO, | ) | GOVERNMENT'S MOTION TO ORDER |
| | ) | THE RELEASE OF IOLTA FUNDS TO |
| Defendant. | ) | CLERK TO APPLY TO RESTITUTION |

Now comes the United States of America, by Rebecca C. Lutzko, United States Attorney, and Henry F. DeBaggis, Assistant United States Attorney, and respectfully moves the Court to order Defendant Ronald A. DiPietro's prior counsel Robert J. Fedor to pay the $48,083.92 in funds held in his IOLTA account, which were previously sent to Mr. Fedor by the Internal Revenue Service (IRS) on behalf of his client Ronald A. DiPietro, to the Clerk of Courts to apply to the $4,763,520.00 in IRS restitution ordered at sentencing. (R.362: Judgment, PageID 5577).

After the jury verdict relating to forfeiture, on March 29, 2024, the Internal Revenue Service (IRS) wire transferred $20,098.00; $8,677.00; and $14,550.00 plus interest of $4,758.92 (Total: $48,083.92) to the IOLTA account of Defendant's counsel Robert J. Fedor.  The government subsequently moved the Court to issue an Order for Defendant's counsel Robert J. Fedor to file an accounting/confirmation that the $48,083.92 transferred by the IRS remained in his IOLTA account pending further Order of the Court. (R. 315: Motion, PageID 4914).

The Court granted the government's motion and Attorney Fedor filed an Accounting of Asset Transfer on April 16, 2024, in which he confirms that, "Robert J. Fedor, Esq., LLC's IOLTA account is currently holding funds in the amount of $48,083.92 which it received from

the Internal Revenue Service.  Furthermore, the undersigned confirms that these funds will remain in the IOLTA account pending further Order of this Court." (R. 326: Accounting, PageID 4982).

The government respectfully requests that the Court issue an Order directing Robert J. Fedor, Esq. to release the $48,083.92 in funds sent to his IOLTA account by the IRS and pay the subject $48,083.92 in funds to the Clerk of Courts to apply to the $4,763,520.00 IRS restitution ordered at sentencing.

WHEREFORE, the United States respectfully submits Government's Motion to Order the Release of IOLTA Funds to Clerk to Apply to Restitution.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ Henry F. DeBaggis
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3749
(216) 522-7499 (facsimile)
Henry.DeBaggis@usdoj.gov