GRANTED: ~~IT IS SO ORDERED.~~
DENIED: X
*For all the reasons stated in USA's Response*
/s/ Donald C. Nugent
U.S. DISTRICT JUDGE 6/18/24

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:21CR259 |
| Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| RONALD A. DIPIETRO | * | AMENDED MOTION FOR LIMITED RELEASE FROM CUSTODY |
| Defendant | * | |

Mr. DiPietro was convicted following a jury trial before this Court of several counts involving illegal gambling and tax evasion. At the time of the conviction, Mr. DiPietro was taken into custody and placed at NEOCC where he has remained. On June 10, 2024, he was sentenced to the Bureau of Prisons for a term of 112 months (Doc. #362, Judgement in a Criminal Case). He is now requesting that this Court permit him to be released for thirty days or until the United States Marshal's Office notifies him to self-surrender.

He is requesting this release for two reasons. First, he would like to have an opportunity to get his business affairs in order. When he was convicted, he was taken into custody. Up until then he was out on bond for a couple of years without any violations. Getting his business affairs in order will further permit him an opportunity to work with the government to best resolve the restitution order. Second, he would like to have the opportunity to spend time with his family and loved ones. This can strengthen family ties and allow him to receive medical treatment if needed. Counsel has spoken with AUSA Samuel Bean who opposes this motion.